UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. BENTLEY, | ) | Case No. CV 10-4781 JC |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: December 27, 2010

                                            /s/

                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE